

# NUMBER 13-21-00273-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**AGUSTIN GARCIA GARCIA,**                                        **Appellant,**

**v.**

**GILLDUP III, LLC D/B/A**
**GILLMAN CHEVROLET OF**
**HARLINGEN AND JOE ALVAREZ,**                      **Appellees.**

---

### On appeal from the 444th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

This matter is before the court on its own motion. On November 22, 2021, the Clerk of the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellant provided reasonable explanation for his failure to timely file a brief. Appellant failed to respond to the notice and has not filed a brief.

Appellant has neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
3rd day of February, 2022.

2